# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| Global Petromarine, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-0189-CV-W-FJG |
| ) | |
| G.T. Sales & Manufacturing, Inc., ) | |
| c/b/a Hewitt, U.S.A., ) | |
| ) | |
| Defendant/Third Party Plaintiff, ) | |
| vs. ) | |
| ) | |
| HBD Industries, Inc., ) | |
| ) | |
| Third Party Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

\_\_\_\_\_   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

It is hereby ordered that

**pursuant the order filed 03/12/08 (Doc. #162) -**

defendant/third-party plaintiff's motion for summary judgment as to Counts I, II, III, IV, & VI is denied and as to Count V provisionally denied pending determination of choice of law issues.  Defendant third-party plaintiff's motion for partial summary judgment provisionally denied pending determination of choice of law issues.  Additionally, defendant/third-party plaintiff's motion for summary judgment against third-party defendant HBD is denied.

| | |
|---|---|
| 03/31/08 | Patricia L. Brune |
| Date | Clerk |
| | |
| | /s/ Rhonda Enss |
| | (by) Deputy Clerk |